Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | International Longshore and Warehouse Union |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | 23-30662 |

## Official Form 204
### Chapter 11 Case: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clarissa Hernando Avila<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Endanicha Bragg<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| IAM District Lodge 160<br>c/o David Rosenfeld, Esq.<br>13755 55th Street<br>Emeryville, CA 94608 | David A. Rosenfeld, Esq.<br>drosenfeld@unioncounsel.net<br>(510) 337-1023 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| ICTSI Oregon, Inc.<br>c/o Jeffrey S. Eden, Esq.<br>1211 SW 5th Avenue<br>Suite 1900<br>Portland, OR 97204 | Jeffrey S. Eden, Esq.<br>jeden@schwabe.com<br>(503) 222-9981 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| International Association<br>of Machinist & Aerospace Workers<br>c/o David Rosenfeld, Esq.<br>13755 55th Street<br>Emeryville, CA 94608 | David A. Rosenfeld, Esq.<br>drosenfeld@unioncounsel.net<br>(510) 337-1023 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Kaiaunna Smith<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Leon Belaustegui<br>c/o Derek Anderson, Esq.<br>1901 First Avenue, Suite 216<br>San Diego, CA 92101 | Derek T. Anderson, Esq.<br>anderson_dt@hotmail.com<br>(619) 237-0099 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Local Lodge 289<br>c/o David Rosenfeld, Esq.<br>13755 55th Street<br>Emeryville, CA 94608 | David A. Rosenfeld, Esq.<br>drosenfeld@unioncounsel.net<br>(510) 337-1023 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Marisol Romero<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Martin J. Walsh, Secretary of Labor<br>United States Department of Labor<br>c/o Kenneth Brakehill, Esq.<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 92101 | Kenneth Brakehill, Esq.<br>kenneth.brakebill@usdoj.gov<br>(415) 436-7200 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Case: 23-30662    Doc# 2    Filed: 09/30/23    Entered: 09/30/23 23:26:47    Page 1 of 2

| Debtor | **International Longshore and Warehouse Union** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Megan Russo-Kahn<br>c/o Gillian Thomas, Esq.<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Tracy Plummer<br>c/o Gillian Thomas<br>125 Broad Street<br>New York, NY 10004 | Gillian Thomas, Esq.<br>gthomas@aclu.org<br>(212) 549-2500 | Pending Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unknown |