DAVID A. ROSENFELD, Bar No. 058163
JOLENE KRAMER, State Bar No. 259241
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
        drosenfeld@unioncounsel.net
        jkramer@unioncounsel.net

Attorneys for MACHINISTS DISTRICT LODGE 190,
MACHINISTS DISTRICT LODGE 160, MACHINISTS
LOCAL LODGE 289, AND THE INTERNATIONAL
ASSOCIATION OF MACHINISTS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Debtor. | Case No. 23-30662<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Machinists District Lodge 190, Machinists District Lodge 160, Machinists Local Lodge 289, and the International Association of Machinists in the above-entitled matter and request that all required notices be directed to:

Weinberg, Roger & Rosenfeld
Attn: Jolene Kramer
1375 55th Street
Emeryville, CA 94608
Email: courtnotices@unioncounsel.net
        jkramer@unioncounsel.net
        drosenfeld@unioncounsel.net

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

Further counsel for the Debtor should correct its records regarding his address and phone number on the list of creditors. The phone number on the list of 20 creditors is a fax number, The phone number is (510) 337- 1001. The address is noted above.

Dated:  October 2, 2023

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Jolene Kramer*
JOLENE KRAMER
DAVID A. ROSENFELD

Attorneys for Machinists District Lodge 190, Machinists District Lodge 160, Machinists Local Lodge 289, and the International Association of Machinists