1  JOSHUA L. SCHEER #242722
   REILLY D. WILKINSON #250086
2  SCHEER LAW GROUP, LLP
   155 N. REDWOOD DRIVE, SUITE 100
3  SAN RAFAEL, CA  94903
   Telephone:  (415) 491-8900
4  Facsimile:  (415) 491-8910
   rwilkinson@scheerlawgroup.com
5  S.125-031S

6  Attorneys for Movant
   Provident Trust Group, LLC FBO Stephen M. Ward IRA as to an undivided 46.667% interest
7  and Nancy A Butler, Trustee of The Butler Family Trust, dated September 9, 1996 as to an
   undivided 26.111% interest and Greg Chaump and Nancy Chaump, Trustees of The Gregory and
8  Nancy Chaump Living Trust dated 7/26/2006 as to an undivided 11.321% interest and Michael
   Ward as to 310 undivided 5.556% interest and Richard M Mendoza and Dawn Mendoza, as
9  Trustees of The Mendoza Family Trust Established January 6, 2003 Account 9048 as to an
   undivided 4.895% interest and Provident Trust Group, LLC FBO Michael Stephen Ward SEP
10 IRA as to an undivided 3.876% interest and Provident Trust Group, LLC FBO Michael Stephen
   Ward Roth IRA as to an undivided 1,574% interest, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bk. No. 23-30526-DM |
|---|---|
| JEANNE V. DEVILLIERS | Chapter 13 |
| Debtor. | R.S. No. RDW-927 |
| | NOTICE OF HEARING |
| | Hearing-<br>Date:  November 9, 2023<br>Time: 9:30am<br>Place: Bankruptcy Court<br>     450 Golden Gate Ave, 16th Floor<br>     San Francisco, CA 94102<br>     Courtroom 17<br>     Via Tele/Videoconference |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on November 9, 2023, at 9:30am, by video via Zoom or by telephone via AT&T conference call, the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay and Co-Debtor Stay before the Honorable Dennis Montali, United States Bankruptcy Judge. The Bankruptcy Court's website provides

information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website. Although no written response is required, your failure to appear in person or through counsel at the above noticed hearing may result in the Court granting the relief requested in the motion.

SCHEER LAW GROUP, LLP

Date: October 13, 2023          /s/REILLY D. WILKINSON
                                #250086