| | |
|---|---|
| 1 | Dane W. Exnowski, SBN 281996 |
| 2 | McCalla Raymer Leibert Pierce, LLP |
| 3 | 301 E. Ocean Blvd., Suite 1720 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: 562-661-5060 |
|   | BK.CA@McCalla.com |

Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

In re:

Hernan Carlo Dizon Macdula
Joela Chavez Macdula,

Debtor.

Case No.: 23-30059

RS No. DWE-301

Chapter 11

**NOTICE OF CONTINUED HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

<u>**Continued Hearing Date**</u>:
Date: 1/25/2024
Time: 9:30 a.m.
Place: **telephonic/video**

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, AND OTHER INTERESTED PARTIES:**

A Motion for Relief from Automatic Stay (the "Motion") was noticed in the within matter and filed by WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF CIM 2021-NR4 ("Movant"), as serviced by Fay Servicing, LLC.

**PLEASE TAKE NOTICE** that the hearing on the Motion is continued and will now be heard before the Honorable Dennis Montali on **January 25, 2024 at 9:30 a.m.** to be conducted by video or telephone. The Motion will not be heard in the presiding judge's courtroom.

<u>If Debtors fail to appear at the hearing, either personally or by counsel, the Court may grant the requested relief.</u>

**<u>The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.</u>**

Dated: 11/08/2023                         Respectfully Submitted,

                                           McCalla Raymer Leibert Pierce, LLP

By:    */s/ Dane W. Exnowski*
       Dane W. Exnowski
       Attorney for Movant

# PROOF OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 and the laws of the United States, and declare as follows:

1. That I am a citizen of the United States, over the age of 21 years and competent to be a witness herein.

2. That on 11/08/2023, I caused to be served via in the United States mail, first class, copies of the: **Notice of Continued Hearing on Motion for Relief from Stay**, addressed as follows:

**Debtor**
Hernan Carlo Dizon Macdula
244 Banks St
San Francisco, CA 94110

Joela Chavez Macdula
244 Banks St
San Francisco, CA 94110

**Debtors' Counsel**
Andrew A. Moher
Moher Law Group
424 F Street Suite 203
San Diego, CA 92101

**Lienholder**
U.S Bank National Association, as Trustee for Terwin Mortgage Trust 2005-4HE
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111

See attached list of 20 Largest Unsecured Creditors

Dated: 11/08/2023                                    McCalla Raymer Leibert Pierce, LLP

                                                     By: /s/ Dane Exnowski_____

                                                     Name: Dane Exnowski

20 Largest Unsecured Creditors:

Capital One Bank
PO Box 31293
Salt Lake City, UT 84131

Credit One
PO Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mission Lane Tab Bank
101 2nd Street Suite 350
San Francisco, CA 94105

Navient
PO Box 9655
Wilkes Barre, PA 18773

NCB Management Services Inc.
One Allied Drive
Feasterville Trevose, PA 19053

Onemain
100 International Drive 15th Floor
Baltimore, MD 21202

Pacific Credit Services
PO Box 150
Fairfield, CA 94533

Specialized Loan Services
8742 Lucent Blvd #300
Littleton, CO 80129

SYNCB/Venmo
4125 Windward Plaza
Alpharetta, GA 30005

US Department of Education
2505 S. Finley Rd
Lombard, IL 60148

Wyndham Consumer Finance
10750 W. Charleston Blvd Suite 130
Las Vegas, NV 89135